UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HASELECT MEDICAL RECEIVABLES ) | | |
| LITIGATION FINANCE FUND ) | | |
| INTERNATIONAL, SP and GRIFFIN ) | | |
| ASSET MANAGEMENT, LLC, ) | | |
| ) | | |
| Plaintiff, ) | No. 22-cv-4269 | |
| ) | | |
| v. ) | Judge Blakey | |
| ) | | |
| ) | | |
| SIMON HENRY CLARK, ) | | |
| an Individual ) | Magistrate Judge Fuentes | |
| ) | | |
| Defendant. ) | | |

**DEFENDANT SIMON HENRY CLARK'S RULE 12(B)(6)**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant, Simon Henry Clark, by and through his attorneys, Swanson, Martin & Bell, LLP, hereby moves to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for its failure to state a claim against Simon Henry Clark. In support of his motion, Simon Henry Clark files herewith and incorporates herein its Memorandum of Law in Support of his Motion to Dismiss.

WHEREFORE, Defendant, Simon Henry Clark, respectfully requests this Court enter an order dismissing Plaintiffs' Complaint against Simon Henry Clark for its failure to state a claim, and that this Court enter such other and further orders as it deems just and appropriate.

Dated: October 20, 2022            Respectfully submitted,

                                                       **SWANSON, MARTIN & BELL, LLP**

                                                       By: */s/ William D. Patterson*
                                                       Counsel for Defendant Simon Henry Clark

William Patterson—ARDC No. 6294533
Emily J. Fitzgerald—ARDC No. 6305923
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
wpatterson@smbtrials.com
efitzgerald@smbtrials.com
Office: (312) 321-9100
Fax:    (312) 321-0990

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Defendant Simon Henry Clark's Motion to Dismiss, Memorandum of Law in Support of His Motion to Dismiss Plaintiffs' Complaint and his corresponding Notice of Motion was served upon all counsel of record via the Court ECF system, this 20th day of October, 2022.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

                                            */s/ Willliam D. Patterson*