IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HASELECT MEDICAL RECEIVABLES LITIGATION FINANCE INTERNATIONAL, S.P. and GRIFFIN ASSET MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SIMON CLARK, an Individual,<br><br>Defendant. | Case No. 22-cv-004269 |

## JOINT STATUS REPORT

Plaintiffs HASelect Medical Receivables Litigation Finance International, SP ("HASelect"), and Griffin Asset Management, LLC ("GAM"), and Defendant Simon Clark ("Clark"), by their undersigned counsel, respectfully state as follows:

1. **ATTORNEYS OF RECORD:**

*Plaintiffs:*
Thomas C. Cronin (N.D. IL Trial Bar)
tcc@cronincoltd.com
Leland W. Hutchinson
lwhutch@gmail.com
Cronin & Co., Ltd.
120 North La Salle Street, 20th Floor
Chicago, IL 60602
312.500.2100

*Defendant:*
William D. Patterson
wpatterson@smbtrials.com
Emily Fitzgerald
efitzgerald@smbtrials.com
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 321-8445

2. **BASIS FOR FEDERAL JURISDICTION:**

This Court has diversity jurisdiction under 28 U.S.C., § 1332(a)(2) and (c)(1) because (i) Plaintiff HASelect is both a subject of a foreign state (the Cayman Islands) where it is incorporated and a citizen of Illinois, where it maintains its principle place of business, (ii) Plaintiff GAM is a

1

citizen of Illinois where it maintains its principle place of business, (iii) Plaintiff GAM has no member who is a citizen of North Carolina, (iv) Defendant Clark is a citizen of North Carolina and (v) the amount in controversy exceeds $75,000.

3. **NATURE OF CLAIMS:**

Plaintiffs allege breach of fiduciary duty and fraud arising from Clark's management of HASelect and GAM. Clark denies the allegations of Plaintiffs' Verified Complaint.

4. **DAMAGES:**

Damages alleged by Plaintiffs exceed one million dollars and are proximately caused by Clark's breaches and other misconduct. Clark denies all such damages.

5. **PENDING MOTIONS AND CASE PLAN:**

a. On October 20, 2022, Clark filed his motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). On October 24, 2022, this Court entered an Order requiring Plaintiff to make an election regarding briefing the pending motion or amending the complaint. Plaintiff intends to brief the motion to dismiss and, as a result, its response is due November 17, 2022, and the reply due November 25, 2022.

b. The parties propose the following case schedule:

i. Rule 26(a)(1) disclosures to be served by December 2, 2022;

ii. Written discovery, including requests for electronically stored information, to be served by December 9, 2022;

iii. Any proposed confidentiality order or orders concerning the production of electronically stored information to be filed by December 9, 2022. It is not anticipated that HIPAA waivers will be necessary;

iv. Fact discovery to be completed by May 31, 2022;

    v.       Expert disclosures served by June 30, 2022;

    vi.      Expert depositions to be completed by September 15, 2022;

    vii.     Dispositive motions, if any, to be served by October 15, 2022;

    viii.    Tentative jury trial – expected to require four trial days – set for January 15-18, 2024.

6. **CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:**

The parties confirm that they have discussed this subject with their respective clients. At this time, the parties do not consent to proceed before a Magistrate Judge.

7. **STATUS OF SETTLEMENT DISCUSSIONS:**

The parties report that they have not engaged in meaningful settlement negotiations.

Dated: November 2, 2022

                                Respectfully submitted,

| | |
|---|---|
| */s/ Thomas C. Cronin* | */s/ William D. Patterson* |
| Thomas C. Cronin (N.D. IL Trial Bar) | William D. Patterson |
| tcc@cronincoltd.com | wpatterson@smbtrials.com |
| Leland W. Hutchinson | Emily Fitzgerald |
| lwhutch@gmail.com | efitzgerald@smbtrials.com |
| Cronin & Co., Ltd. | Swanson, Martin & Bell, LLP |
| 120 North La Salle Street, 20th Floor | 330 N. Wabash, Suite 3300 |
| Chicago, IL 60602 | Chicago, IL 60611 |
| 312.500.2100 | (312) 321-8445 |