# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Haselect Medical Receivables Litigation Finance
Fund International S.P., et al.

                                           Plaintiff,

v.                                               Case No.:
                                                          1:22−cv−04269

                                                         Honorable John Robert Blakey

Simon Henry Clark

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 3, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the representations in the parties' 11/2/22 status report [17], the Court sets the following case management dates: the parties shall exchange Rule 26(a)(1) disclosures by 12/2/22, issue written discovery by 12/9/22, amend their pleadings (to add claims, parties, etc.) by 1/13/23, and complete fact discovery by 5/31/22. The parties shall file an updated status report by 6/12/23 confirming that fact discovery is complete and indicating whether they in fact require expert discovery and whether any party will seek summary judgment. The Court encourages the parties to exhaust all possibility of settlement before spending time and money on expert discovery or dispositive motions; to this end, Plaintiff shall make a formal, written settlement demand by 6/2/23, Defendants shall respond, in writing, by 6/7/23, and the parties shall confirm in their 6/12/23 status report that they have complied with this aspect of the Court#039;s order. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.