**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HASELECT MEDICAL RECEIVABLES )<br>LITIGATION FINANCE FUND )<br>INTERNATIONAL, SP and GRIFFIN )<br>ASSET MANAGEMENT, LLC, )<br>)<br>      **Plaintiffs,** )<br>)<br>v. )<br>)<br>**SIMON HENRY CLARK, an individual,** )<br>)<br>      **Defendant.** ) | Case No. 1:22-cv-04269 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Emily J. Fitzgerald, of Swanson, Martin & Bell, LLP (the "Firm"), moves this Court for leave to withdraw as counsel of record for Defendant, Simon Henry Clark. In support of this motion Ms. Fitzgerald states as follows:

1. On August 29, 2022, Ms. Fitzgerald filed her appearance on behalf of Defendant. On September 1, 2022, William D. Patterson of Swanson, Martin & Bell, LLP filed his appearance on behalf of Defendant.

2. Due to her upcoming departure as an attorney from the Firm, Ms. Fitzgerald requests leave to withdraw as counsel in this matter for Defendant.

WHEREFORE, Emily J. Fitzgerald requests that she be permitted leave to withdraw as counsel of record for Defendant, Simon Henry Clark, with William D. Patterson and Swanson, Martin & Bell, LLP remaining as counsel of record for Defendant, Simon Henry Clark.

                                      SIMON HENRY CLARK

                                      By:  */s/ Emily J. Fitzgerald*
                                              One of his attorneys

William D. Patterson, Esq. (ARDC #6294533)
Emily J. Fitzgerald, Esq. (ARDC 6305923)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
wpatterson@smbtrials.com
efitzgerald@smbtrials.com

## NOTICE OF FILING / CERTIFICATE OF SERVICE

I hereby certify that on **November 3, 2022**, I electronically filed the foregoing with the Court using the CM/ECF filing system, which will automatically serve copies upon all counsel of record.

Under penalties as provided by law, the undersigned certifies that the statements set forth herein are true and correct.

                                                    */s/Emily J. Fitzgerald*