# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Haselect Medical Receivables Litigation Finance Fund International S.P., et al.

                        Plaintiff,

v.                                      Case No.: 1:22−cv−04269

                        Honorable John Robert Blakey

Simon Henry Clark

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 28, 2022:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant's motion to withdraw the appearance of Emily J. Fitzgerald [19] and directs the Clerk to remove Attorney Fitzgerald from the docket in this case. The Court will rule on the pending motion to dismiss [13] in due course. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.