IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HASELECT MEDICAL RECEIVABLES LITIGATION FINANCE INTERNATIONAL, S.P. and GRIFFIN ASSET MANAGEMENT, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>SIMON CLARK, an Individual,<br><br>  Defendant. | Case No. 22-cv-004269 |

**JOINT MOTION TO MODIFY CASE MANAGEMENT SCHEDULE**

Plaintiffs HASelect Medical Receivables Litigation Finance International, SP ("HASelect"), and Griffin Asset Management, LLC ("GAM"), by their undersigned counsel, respectfully state as follows:

1. Plaintiffs filed their Verified Complaint on August 12, 2022.

2. Defendants moved to dismiss for failure to state a claim on October 20, 2022. Plaintiffs filed their response in opposition to Defendants' motion on November 11, 2022. Defendants replied on November 25, 2022.

3. On November 3, 2022, based on the parties' Joint Status Report, the Court set a Case Management Schedule. That November 3, 2022 schedule includes the deadline for amending claims and adding any parties by January 13, 2023.

4. Plaintiffs respectfully request that the deadline for amending claims, filing any counterclaims, and adding parties should be extended for an additional forty-five days, to and including February 27, 2023, for the following reasons.

5. The parties are currently pursuing written discovery, including document production. Extending the deadline for amending claims and adding parties will permit the Plaintiffs the benefit of written discovery before pursuing any amendment. Moreover, the Court has not yet ruled on Defendant's motion to dismiss. Such ruling could impact the need to amend claims and/or add additional parties. Lastly, such extension of time will not require any change to the current close of discovery deadline of May 31, 2023.

6. Counsel for Plaintiffs represents that he communicated with counsel for Defendant and counsel for Defendant agreed that this motion may be presented jointly.

WHEREFORE, Plaintiffs HASelect Medical Receivables Litigation Finance International, SP, and Griffin Asset Management, LLC, respectfully request that the Case Management Schedule be amended to permit amending claims and/or adding parties be extended to February 27, 2023.

Dated: January 10, 2023

Respectfully submitted,

**Plaintiffs HASelect Medical Receivables Litigation Finance International, SP and Griffin Asset Management, LLC,**

*/s/ Thomas C. Cronin*
 One of their Attorneys

CRONIN & CO., LTD.
Thomas C. Cronin
Leland W. Hutchinson, Jr.
120 North LaSalle Street
20th Floor
Chicago, Illinois 60602
312.500.2100
tcc@cronincoltd.com
lwhutch@gmail.com