# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Haselect Medical Receivables Litigation Finance
Fund International S.P., et al.

                      Plaintiff,

v.                                               Case No.:
                                                   1:22−cv−04269

                                                   Honorable John Robert
                                                   Blakey

Simon Henry Clark

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 12, 2023:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants the parties' joint motion to modify case management dates [25], strikes the 1/18/23 Notice of Motion date, and hereby extends the deadline for amendments to 2/27/23. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.