IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HASELECT MEDICAL RECEIVABLES LITIGATION FINANCE INTERNATIONAL, S.P. and GRIFFIN ASSET MANAGEMENT, LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>SIMON CLARK, an Individual,<br><br>   Defendant. | Case No. 22-cv-004269 |

**JOINT MOTION TO MODIFY CASE MANAGEMENT SCHEDULE**

Plaintiffs HASelect Medical Receivables Litigation Finance International, SP ("HASelect"), and Griffin Asset Management, LLC ("GAM"), by their undersigned counsel, respectfully state as follows:

1. Plaintiffs filed their Verified Complaint on August 12, 2022.

2. Defendants moved to dismiss for failure to state a claim on October 20, 2022. Plaintiffs filed their response in opposition to Defendants' motion on November 11, 2022. Defendants replied on November 25, 2022. Ruling on the motion remains under advisement.

3. Fact discovery is scheduled to close on May 31, 2023.

4. The parties respectfully request that the fact discovery should be extended for an additional ninety days, to and including August 29, 2023. The parties are pursuing written discovery and document production. But completing document production and taking depositions require, the parties respectfully submit, the parties to be at issue. Further, potential disputes

between the parties regarding the scope of discovery may be resolved by resolution of the pending motion.

5. Counsel for both Plaintiffs and Defendant have agreed that this motion may be presented jointly.

**WHEREFORE**, Plaintiffs HASelect Medical Receivables Litigation Finance International, SP, and Griffin Asset Management, LLC, respectfully request that the Case Management Schedule be amended to extend fact discovery to August 29, 2023.

Dated: May 21, 2023

                                  Respectfully submitted,

                                  **Plaintiffs HASelect Medical Receivables Litigation Finance International, SP and Griffin Asset Management, LLC,**

                                  */s/ Thomas C. Cronin*
                                  One of their Attorneys

CRONIN & CO., LTD.
Thomas C. Cronin
Leland W. Hutchinson, Jr.
120 North LaSalle Street
20th Floor
Chicago, Illinois 60602
312.500.2100
tcc@cronincoltd.com
lwhutch@gmail.com