# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Haselect Medical Receivables Litigation Finance Fund International S.P., et al.

          Plaintiff,

v.

          Case No.: 1:22−cv−04269

          Honorable John Robert Blakey

Simon Henry Clark

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 23, 2023:

    MINUTE entry before the Honorable John Robert Blakey: Plaintiff's joint motion for extension of time to complete discovery [31] is granted and discovery shall be completed on or before 8/29/2023. Motion hearing set for 5/31/2023 is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.