IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HASELECT MEDICAL RECEIVABLES LITIGATION FINANCE INTERNATIONAL, S.P. and GRIFFIN ASSET MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br><br><br>SIMON CLARK, an Individual,<br><br>Defendant. | Case No. 22-cv-04269<br><br>Hon. Judge Blakey |

**COUNTER AND THIRD-PARTY DEFENDANTS'
MOTION TO DISMISS ALL COUNTER AND THIRD -PARTY CLAIMS**

Counter and Third-Party Defendants, by their counsel, respectfully move to dismiss each of the five Counterclaims and Third-Party Claims (collectively, the "Claims") brought by Simon Henry Clark ("Clark") for failure to state a viable claim under Fed.R.Civ.P. 8(a) and 12(b)(6).

Stated simply, neither of Clark's fiduciary duty claims (Counts I and V) allege facts showing any fiduciary duty owed by Michael or Debra Griffin to Clark in his individual capacity. Moreover, he lacks standing to bring any fiduciary duty claim since he is now only a dissociated member. The Right of Publicity claim (Count II) fails both under the applicable one-year statute of limitations and because facts sufficient to establish the elements of the Illinois Right of Publicity Act ("IRPA") have not been alleged. 765 ILCS 1075, *et. seq.* Clark's Defamation claim (Count IV) fails because Clark has not identified the allegedly defamatory statements with sufficient particularity such that Counter-Defendant Griffin Asset Management, LLC ("GAM") could provide a defense and also because Clark has not alleged defamatory conduct within the applicable

one year limitations period. Clark's Tortious Interference claim (Count III) fails for lack of facts establishing any viable business expectancy. Each of these claims should be dismissed.

Counter and Third-Party Defendants file the accompanying memorandum of law in support of their motion.

Dated: June 30, 2023

                                            Respectfully submitted,

**Griffin Asset Management, LLC, Michael Griffin and Debra Griffin**
*Counter and Third Party Defendants*

By: /s/ *Thomas C. Cronin*
      One of their Attorneys

Thomas C. Cronin
Leland W. Hutchinson
CRONIN & CO., LTD.
120 North LaSalle Street, 20th Floor
Chicago, Illinois 60602
312.500.2100
tcc@cronincoltd.com
lwh@gmail.com