AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Haselect Medical Receivables Litigation et al.<br>*Plaintiff*<br>v.<br>SIMON HENRY CLARK<br>*Defendant, Third-party plaintiff*<br>v.<br>DEBORAH GRIFFIN<br>*Third-party defendant* | )<br>)<br>)<br>)  Civil Action No. 22-cv-4269<br>)<br>)<br>)<br>)<br>) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Michael Griffin
403 S. LaGrange Road
LaGrange, IL 60525

    A lawsuit has been filed against defendant   Simon Henry Clark  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Haselect Medical et al.  .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Troy Sphar and Bill Patterson
Swanson, Martin & Bell LLP, 330 N. Wabash Ave., Suite 3300, Chicago, Illinois 60611

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas C. Cronin and Leland W. Hutchinson
Cronin & Co., Ltd., 120 North LaSalle Street, 20th Floor, Chicago, Illinois 60602

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

THOMAS G. BRUTON, CLERK

*Sarah Bouchard*                                     June 26, 2023

(By) DEPUTY CLERK                                            DATE

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 22-cv-4269

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael Griffin
was received by me on *(date)* 6/28/23.

☒ I personally served the summons on the individual at *(place)* 403 S. LaGrange Rd, LaGrange IL, 60525 on *(date)* 7/3/23; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/3/23

Server's signature

THOMAS Murphy   INVestigator
Printed name and title

2525 Cabot Dr Suite 204
Lisle, IL 60532
Server's address

Additional information regarding attempted service, etc: