IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

HASELECT MEDICAL RECEIVABLES LITIGATION FINANCE INTERNATIONAL, S.P. and GRIFFIN ASSET MANAGEMENT, LLC,

        Plaintiffs,

v.

SIMON CLARK, an Individual,

        Defendant.

Case No. 22-cv-004269

**JOINT MOTION TO MODIFY CASE MANAGEMENT SCHEDULE**

Plaintiffs HASelect Medical Receivables Litigation Finance International, SP ("HASelect"), and Griffin Asset Management, LLC ("GAM"), by their undersigned counsel, together with Defendant, Simon Clark, by his undersigned counsel, respectfully state as follows:

1. Plaintiffs filed their Verified Complaint on August 12, 2022.

2. Defendants moved to dismiss for failure to state a claim on October 20, 2022. Plaintiffs filed their response in opposition to Defendants' motion on November 11, 2022. Defendants replied on November 25, 2022. Ruling on the motion remains under advisement.

3. On June 13, 2023, Defendant filed his Counterclaim and Third-Party Claims.

4. On June 30, 2023, Counter-Defendants and Third-Party Defendants moved to dismiss the Counterclaim and Third-Party Complaint. The Response was filed August 2, 2023; the Reply filed August 16, 2023. Ruling on the motion to dismiss the Counterclaim and Third-Party Claim is under advisement.

5. Fact discovery is scheduled to close on August 29, 2023.

1

6. The parties respectfully request that the fact discovery deadline should be extended for ninety days following this Court's rulings on the pending motions. Although the parties are pursuing written discovery and document production, taking depositions and other discovery requires, the Parties respectfully submit, the parties to be at issue. Further, the parties mutually agree that any ruling on the filed motions to dismiss may significantly alter the scope of discovery in this matter. Taking discovery on claims which may not survive motion practice would be wasteful.

**WHEREFORE**, Plaintiffs HASelect Medical Receivables Litigation Finance International, SP, and Griffin Asset Management, LLC, together with Defendant Simon Clark, respectfully request that the Case Management Schedule be amended to extend fact discovery for an additional ninety days following the Court's ruling on the pending motions to dismiss.

Dated: August 18, 2023    Respectfully submitted,

**Plaintiffs HASelect Medical Receivables Litigation Finance International, SP and Griffin Asset Management, LLC,**

*/s/ Thomas C. Cronin*
One of their Attorneys

**Defendant Simon Clark**

*/s/ William D. Patterson*
One of his Attorneys

CRONIN & CO., LTD.
Thomas C. Cronin
Leland W. Hutchinson, Jr.
120 North LaSalle Street
20th Floor
Chicago, Illinois 60602
312.500.2100
tcc@cronincoltd.com
lwhutch@gmail.com