## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

| | |
|---|---|
| Haselect Medical Receivables Litigation Finance Fund International S.P., et al. | |
| Plaintiff, | |
| v. | Case No.: 1:22−cv−04269 |
| | Honorable John Robert Blakey |
| Simon Henry Clark | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2023:

    MINUTE entry before the Honorable John Robert Blakey: For the reasons explained in the accompanying Memorandum Opinion and Order, the Court grants Clark's motion to dismiss [13] and dismisses Plaintiffs' complaint without prejudice. If Plaintiffs can, consistent with their obligations under Rule 11, amend their complaint to cure the deficiencies discussed, they may do so by 10/23/23. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.