**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HASELECT MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL, SP and GRIFFIN ASSET MANAGEMENT, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 22-cv-4269 |
| v. | ) ) ) | Judge Blakey |
| SIMON HENRY CLARK, an Individual | ) ) ) | Magistrate Judge Fuentes |
| Defendant. | ) ) ) | |
| SIMON HENRY CLARK, | ) ) | |
| Counter-Plaintiff and Third-Party Plaintiff, | ) ) ) ) | |
| v. | ) ) | |
| GRIFFIN ASSET MANAGEMENT, LLC, | ) ) | |
| Counter-Defendant, | ) ) ) | |
| and | ) ) | |
| MICHAEL GRIFFIN, DEBORAH GRIFFIN | ) ) ) | |
| Third-Party Defendants. | ) | |

**DEFENDANT SIMON HENRY CLARK'S
RULE 12(B)(6) MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED VERIFIED COMPLAINT**

Defendant, Simon Henry Clark, by and through his attorneys, Swanson, Martin & Bell, LLP, hereby moves to dismiss Plaintiffs' First Amended Verified Complaint pursuant to Federal

1

Rule of Civil Procedure 12(b)(6) for its failure to state a claim against Simon Henry Clark. In support of his Motion, Simon Henry Clark files herewith and incorporates herein his Memorandum of Law in Support of his Motion to Dismiss.

WHEREFORE, Defendant, Simon Henry Clark, respectfully requests this Court enter an order dismissing Plaintiffs' First Amended Verified Complaint against Simon Henry Clark for its failure to state a claim with prejudice, and that this Court enter such other and further orders as it deems just and appropriate.

Dated: November 13, 2023

                                              Respectfully submitted,

By:     */s/ Amanda J. Alasauskas*
       One of the Attorneys for Defendant,
       **Simon Henry Clark**

William D. Patterson (ARDC: 6294533)
Troy M. Sphar (ARDC: 6278497)
Amanda J. Alasauskas (ARDC: 6326529)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Ave., Suite 3300
Chicago, IL 60611
T: (312) 321-9100
F: (312) 321-0990
wpatterson@smbtrials.com
tsphar@smbtrials.com
aalasauskas@smbtrials.com