

www.hedgeact.com

December 16, 2016

Simon Clark

Dear Simon,

On behalf of Griffin Capital Management, LLC, as the managing member of HedgeACT Select, LLC ("HedgeACT"), I am pleased to present to you with the enclosed offer of engagement.

If you accept this engagement, you will be an integral part of our effort to maintain the highest possible service and integrity standards, and in the process build HedgeACT into being the premier company in our industry in the world.

In compensation for accepting this offer beginning on December 19, 2016, or other mutually agreed upon date ("Start Date"), I am pleased to offer you the following remuneration package:

HedgeACT Onshore

- Equity component:
    A. Up to 1% of each of Griffin Asset Management, LLC and Griffin Capital Management, LLC, based upon the current cap table, awarded on a subjective basis over the first twelve months, based upon contributions to the overall strategic direction of the firm and the addition of strategic partners.
    B. An additional 1% of each of Griffin Asset Management, LLC and Griffin Capital Management, LLC, based upon the current cap table, for each $25 million in fund assets added over the first twelve months due to your efforts either individually or in coordinating with the HedgeACT sales team. The additional shares under this section will be awarded at the end of the one-year period, beginning January 1, 2017, but will vest at the rate of 25% at the end of each quarter over the next year, with the final 25% vesting on December 31, 2018.

- Cash Component:
    A. No cash compensation through June 30, 2017.
    B. $5,000/month from July 1, 2017 through December 31, 2017
    C. Equal salary as Michael Griffin, Debbie Griffin and Chad Meyer beginning January 1, 2018, whatever that may be at the time and then increasing or decreasing along with their salaries.

- Expenses: HedgeACT will reimburse all travel and meal expenses. Any individual items, other than airfare, greater than $500 must be approved in advance.

HedgeACT Overseas

- Equity component:
    A. Up to 5% of the HedgeACT Overseas entity, awarded on a subjective basis over the first twelve months, based upon contributions to the overall strategic direction of the firm and the addition of strategic partners.

    B. An additional 1% of the HedgeACT Overseas entity for each $25 million in fund assets added over the first three years, up to a maximum of 20%. The shares under this section will be awarded at the end of the three-year period, beginning with the launch of HedgeACT Overseas, but will vest at the rate of 25% at the end of each quarter over the following year.

- Cash Component:
    Please refer to the Cash Component section under HedgeACT Onshore

- Expenses: HedgeACT will reimburse all travel and meal expenses. Any individual items, other than airfare, greater than $500 must be approved in advance.

**Job Description**

  You will join the senior leadership team at HedgeACT (title to be determined), and will work alongside the current leadership to grow enterprise value. The primary determinate of enterprise value is revenue generated by assets under management. It is anticipated, therefore, that you would utilize your talents, experience, and network to pursue all aspects of increasing assets: direct selling, hiring and managing sales associates, recruiting fund managers, and developing strategic partnerships, as well as continuing to develop and refine the strategic direction of HedgeACT.
  Moreover, at the appropriate time, you will assume the primary leadership position for HedgeACT's overseas expansion and will spearhead those efforts.

**Confidentiality; Non-Solicitation**

You agree to keep confidential the identity of investors in the HedgeACT funds and all personal information relating to investors in such funds.

You agree that all materials provided to you for due diligence and marketing purposes pertaining to HedgeACT including, but not limited to, the offering documents of the funds, as they may be amended from time to time, lists and descriptions of fund investments, sample investor correspondence and status reports, and financial statements of the funds and any related entities will be held by you in confidence for use only for the purpose of attracting investors to the HedgeACT investment products, and will not be provided to any other persons or entities without the prior written approval of HedgeACT.

You agree that you will not, without the prior consent of HedgeACT, solicit business from any of HedgeACT's investors whom you did not previously know and of whom you obtain knowledge as a result of such investor's participation as a subscriber in the funds or in other investment funds or products managed by HedgeACT.

**Compliance With Applicable Securities Law**

You represent that you (i) are familiar with the Investment Advisers Act of 1940, as amended (the "Advisers Act"), (ii) are not subject to a United States Securities and Exchange Commission ("SEC") order under Section 203(f) of the Advisers Act, (iii) have not been convicted within the past 10 years of any felony or misdemeanor involving conduct described in Sections 203(e)(2)(A)-(D) of the Advisers Act, (iv) have not been found by the SEC to have engaged or been convicted of engaging in any of the conduct set forth in paragraphs (1), (5) or (6) of Section 203(e) of the Advisers Act, (v) are not subject to an order, judgment or decree described in Section 203(e)(4) of the Advisers Act, and (vi) are not acting in a fiduciary capacity, as defined in Section 3(21) of the Employee Retirement Income Security Act of 1974, as amended, or Section 4975(e)(3) of the Internal Revenue Code of 1986, as amended, with respect to any prospective investor that you introduce to HedgeACT. You agree that you shall promptly notify HedgeACT in writing if any representation set forth in this paragraph is breached or becomes likely to be breached. You further agree that if payments are determined to be violation of applicable laws and regulations, and either the regulator demands reversal and/or HedgeACT could be sanctioned for those payments if not reversed, you will refund to HedgeACT (or its designated affiliate) those amounts paid. Otherwise, upon notice of representations set forth in this agreement being, or likely to become, breached only prospective payments will cease and this agreement will be terminated.

**Engagement at Will**

Either you or HedgeACT may terminate our engagement at any time for any reason, with or without cause, with a minimum of 30-days written notice.

If you accept this offer, the terms described in this letter will be the terms of your engagement, and this letter supersedes any and all previous discussions or offers. Any further additions or modifications of these terms must be in writing and signed by you and a Managing Member of HedgeACT.

If you wish to accept this engagement with HedgeACT please sign two copies of this letter.

It is my pleasure to extend this offer to you and I look forward to working with you in a long and productive relationship. Please feel free to contact me with questions or concerns.

Sincerely,

Chad Meyer, President
Griffin Capital Management, LLC

Accepted by: <u>Simon Clark</u>

Signature:

Date:

