## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Haselect Medical Receivables Litigation Finance
Fund International S.P., et al.

                                             Plaintiff,

v.                                                   Case No.:
                                                       1:22−cv−04269

                                                       Honorable John Robert Blakey

Simon Henry Clark

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 22, 2024:

      MINUTE entry before the Honorable John Robert Blakey: On 3/28/24, this Court dismissed all claims asserted in this case but granted plaintiffs and counterclaim−plaintiff leave to amend certain claims. See [56], [57], [58]. Plaintiffs elected not to amend. But counterclaim−plaintiff Simon Henry Clark filed an amended counterclaim asserting three state law claims: breach of contract (count 1), tortious interference with contract (count 2) and business defamation (count 3). See [59]. Although he claims federal subject matter jurisdiction under 28 U.S.C. § 1367, at this time, no party has asserted a federal claim to tether the case here; nor does Clark allege that the parties are diverse. Accordingly, the Court dismisses this case for lack of federal subject matter jurisdiction. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.