IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HASELECT MEDICAL RECEIVABLES LITIGATION FINANCE INTERNATIONAL, S.P. and GRIFFIN ASSET MANAGEMENT, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>SIMON CLARK, an Individual,<br><br>      Defendant. | Case No. 22-cv-004269 |

### NOTICE OF APPEAL

Notice is hereby given that **Plaintiffs Haselect Medical Receivables Litigation Finance International, S.P., and Griffin Asset Management, LLC,** hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment entered April 22, 2024 (Docs. 60, 61), along with the Court's Memorandum Opinion and Order dismissing Plaintiffs' First Amended Complaint (Doc. 58).

Dated: May 17, 2024

Respectfully submitted,

By:   /s/ *Thomas C. Cronin*
      *One of Plaintiffs' Attorneys*

CRONIN & CO., LTD.
Thomas C. Cronin
Leland W. Hutchinson
Walter M. Rogers
120 North LaSalle Street
20th Floor
Chicago, IL 60602
312.500.2100
tcc@cronincoltd.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing **Notice of Appeal** was filed electronically this 17th day of May, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Any additional parties not served electronically will be served by U.S. Mail. Parties may access this filing through the Court's system.

              By: /s/ *Thomas C. Cronin*

              CRONIN & CO., LTD.
              Thomas C. Cronin
              Leland W. Hutchinson
              Walter M. Rogers
              120 North LaSalle Street
              20th Floor
              Chicago, IL 60602
              312.500.2100
              *tcc@cronincoltd.com*